# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

**WELLS FARGO BANK, N.A.,**

        **Plaintiff,**

v.                                        **Case No:   5:17-cv-199-Oc-40PRL**

**GABRIELLE R. BUSTIN and BRENDA PETTIS,**

        **Defendants.**

---

## ORDER

This cause comes before the Court on review of Plaintiff's Notice of Voluntary Dismissal without Prejudice (Doc. 13) filed July 31, 2017, 2016.   The notice is self-executing pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).   *See Matthews v. Gaither*, 902 F.2d 877, 880 (11th Circ. 1990) (per curiam).   The Clerk of Court is **DIRECTED** to close the file.

**DATED** in Orlando, Florida, this 1st day of August 2017.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party